In the Matter of the Claim of ENNI YARLEQUE, Appellant, v SALLY LOU, INC., et al., Respondents. WORKERS' COMPENSATION BOARD, Respondent.

Submitted June 7, 2010; decided July 1, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.